December 8, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

DEREK  JAMES  STRIMBAN, Appellant

NO. 14-15-00251-CR                                V.

THE STATE OF TEXAS, Appellee

_____

Today the Court heard appellee's motion to dismiss the appeal from the judgment signed by the court below on December 15, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Derek James Strimban.

We further order this decision certified below for observance.